**Opinion issued November 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00882-CV

———————————

## IN RE ADRIENE L. SIBLEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Adriene L. Sibley, has filed a petition for writ of mandamus, challenging the trial court's order granting the real parties in interest's cross-motion for partial summary judgment.[*]

We **deny** the petition for writ of mandamus

### PER CURIAM

---

[*] The underlying case is *Adriene L. Sibley v. Julia Victoria Eckhardt and Margaret Eckhardt*, cause number 2009-49295, pending in the 55th District Court of Harris County, Texas, the Honorable Jeff Shadwick presiding.

Panel consists of Justices Keyes, Higley, and Massengale.